PARFUMS CORDAY, Inc., Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.

No. 215.

Circuit Court of Appeals, Second Circuit.
June 16, 1941.

Joseph L. Hochman, of New York City, for petitioner.

J. T. Welch, and W. T. Kelley, Chief Counsel, Federal Trade Commission, Martin A. Morrison, Asst. Chief Counsel, S. Brogdyne Teu, II, and James W. Nichol, all of Washington, D. C., for respondent.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion in Fioret Sales Co., Inc. v. Federal Trade Commission, 2 Cir., 100 F.2d 358.

UNITED STATES of America ex rel. Thomas R. COX, Relator-Appellant, v. Joseph H. WILSON, as Warden of New York State Great Meadow Prison, Comstock, New York, Respondent-Appellee.

No. 376.

Circuit Court of Appeals, Second Circuit.

June 16, 1941.

Leo C. Fennelly, of New York City, for appellant.

Bernard L. Alderman, Asst. Atty. Gen., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open Court.